JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 87–460. BOSCIO *v.* UNITED STATES, 484 U. S. 1004;

No. 87–720. HAGEN, EXECUTRIX OF THE ESTATE OF HAGEN *v.* SOUTH DAKOTA ET AL., 484 U. S. 998;

No. 87–890. WALKER *v.* CONSUMERS POWER CO., 484 U. S. 1011;

No. 87–5782. BECKER *v.* ADAMS DRUG CO., INC., ET AL., 484 U. S. 1015;

No. 87–5797. VERHAGEN *v.* NEW YORK STATE OFFICE OF COURT ADMINISTRATION ET AL., 484 U. S. 1015; and

No. 87–5801. ARUNGA *v.* JOHNSON ET AL., 484 U. S. 1015. Petitions for rehearing denied. JUSTICE KENNEDY took no part in the consideration or decision of these petitions.

MARCH 4, 1988

No. 87–660. PETERS ET AL. *v.* CITY OF SHREVEPORT. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 53.

No. 87–985. FINA OIL & CHEMICAL CO. ET AL. *v.* EL PASO NATURAL GAS CO. Sup. Ct. Tex. Certiorari dismissed as to petitioner Sun Exploration & Production Co. under this Court's Rule 53.

MARCH 7, 1988

No. 87–317. BEMIS PENTECOSTAL CHURCH ET AL. *v.* TENNESSEE ET AL. Appeal from Sup. Ct. Tenn. dismissed for want of substantial federal question.

No. 86–1008. IMMIGRATION AND NATURALIZATION SERVICE *v.* FAZELIHOKMABAD. C. A. 9th Cir. Certiorari granted, judg-